United States Courts
Southern District of Texas
FILED
January 16, 2026
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | § Criminal No. **4:26-cr-0028** |
| | § |
| JAMIE NEVID WALLACE, | § |
| | § |
| Defendant. | § |

## CRIMINAL INFORMATION

The United States Attorney charges:

COUNT 1
PREPARATION OF FALSE INCOME TAX RETURN
(26 U.S.C. § 7206(2))

On or about March 21, 2022, in the Houston Division of the Southern District of Texas and elsewhere, defendant

**JAMIE NEVID WALLACE**

did willfully aid and assist in, and procure, counsel, and advise, the preparation and presentation to the Internal Revenue Service of a joint 2021 U.S. Individual Income Tax Return, IRS form 1040, for taxpayer A.J., which was false and fraudulent as to material matters. Specifically, that return represented that taxpayer A.J. was entitled under the provisions of the Internal Revenue laws to claim $68,453 in itemized deductions (Schedule A), $36,852 in net business losses (Schedule C), and a false education credit of $2,500 (American Opportunity Tax Credit – Form 8863, line 30). Defendant claimed these false items on the return knowing full well at the time that she prepared the return that the taxpayer had not indeed suffered the losses or incurred the

listed expenses.

    In violation of Title 26, United States Code, Section 7206(2).

                                      NICHOLAS J. GANJEI
                                      United States Attorney

                                      *Brad Gray*
                                      Brad R. Gray
                                      Assistant United States Attorney